UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DANIEL DEL CID MORALES, | Case No. CV 15-2189 SJO(JC) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 (the "Petition") is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and that the Petition and this action be dismissed without prejudice for lack of jurisdiction.

DATED: March 31, 2015.

*S. James Otero*

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE